1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

10  ROY GIOVANTE JOHNSON,                     )
                                             )
11            Plaintiff,                      )        03:09-cv-00070-ECR-RAM
                                             )
    vs.                                       )
12                                            )        ORDER
    WASHOE COUNTY DETENTION                   )
13  FACILITY, *et al.*,                       )
                                             )
14            Defendants.                     )

15        Plaintiff Roy Giovante Johnson, filed a civil rights complaint pursuant to 42 U.S.C. §

16  1983, which the court screened in an order entered June 17, 2010 (docket #12).  In that order, plaintiff

17  was given an opportunity to amend count one of the complaint in order to proceed, but was required to

18  file any proposed amendment within thirty days.  The deadline for amendment has expired and plaintiff

19  has not filed an amendment or sought additional time to do so.  Thus, the action, in its entirety, shall be

20  dismissed and judgment entered.

21        **IT IS THEREFORE ORDERED** that the action is **DISMISSED WITH PREJUDICE**.

22  The Clerk shall enter judgment accordingly.

23        Dated this 23rd day of August, 2010.

24

25  _____
    UNITED STATES DISTRICT JUDGE

26